```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
                                                            :
                                                            :
                                                            :   CASE MANAGEMENT
In re DENTAL SUPPLIES ANTITRUST                             :   ORDER NO. 2
   LITIGATION                                               :
                                                            :   16 Civ. 696 (BMC)
                                                            :
                                                            :   ALL CASES
                                                            :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

On February 9, 2016, an Initial Status Conference was held in this matter. All parties appeared. At this conference it was ORDERED:

**I.   CASE CONSOLIDATION**

The cases listed on Attachment A and all other actions filed hereafter asserting substantially similar claims against defendants are, until further Order, consolidated for pretrial purposes. This Order does not constitute a determination that these actions should be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure. SourceOne Dental, Inc. v. Patterson Companies, Inc. et al. ("SourceOne"), 15 Civ. 5440, will appear on the docket as a related case, but is not consolidated with the actions under the above caption.

## II. MASTER DOCKET

### A. Case Caption

A new civil case number, 16 Civ. 696, has been opened as the master docket for the consolidated class action cases. The following caption will be used in **all** documents filed in this action:

[Counsel's name,
Law Firm,
Address, and
Telephone Number]
Counsel for: [Client or Group of Clients Name]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re DENTAL SUPPLIES ANTITRUST          :    **[PARTY'S NAME AND**
    LITIGATION                            :    **DOCUMENT TITLE]**
                                                             :
                                          :    16 Civ. 696 (BMC)
                                                             :
                                          :    **["ALL CASES" or list of**
                                          :    **individual cases]**
                                                             :
------------------------------------------------------------ X

### B. Filing

All orders, pleadings, motions and other documents shall be filed **electronically** on the master "16 Civ. 696" docket **only**. Each document shall indicate if it relates to "All Cases" or only specific cases. Any document that relates to 5 or more cases shall be labeled as relating to "All Cases." All documents so filed on the master docket shall be deemed filed and docketed in each individual file to the extent applicable.

2

### C. Appointment of Magistrate Judge Gary R. Brown

The Clerk is directed to assign Magistrate Judge Gary R. Brown to all consolidated and related cases in this action.

### III. CLASS COUNSEL

Plaintiffs have requested the appointment of four firms to serve as interim co-lead class counsel, and one firm as interim liaison counsel. All plaintiffs and defendants have indicated to the Court that they consent to this proposal. Therefore, pursuant to Rule 23(g), the Court appoints the following firms as Interim Co-Lead Counsel on behalf of the proposed class: Berger & Montague, P.C., Cohen Milstein Sellers & Toll PLLC, Hausfeld LLP, and Susman Godfrey LLP. The Court also appoints Radice Law Firm, P.C. to serve as Interim Liaison Counsel for the proposed Class.

### IV. CONSOLIDATED AMENDED COMPLAINT

Plaintiffs are to file a consolidated Amended Complaint by February 26, 2016. By March 1, 2016, defendants will advise this Court by letter if they wish to proceed with a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The consolidated Amended Complaint should be filed on the master "16 Civ. 696" docket.

V. **SOURCEONE SCHEDULING ORDER**

Until further Order, parties will join and are subject to the discovery schedule set forth by Magistrate Judge Brown in <u>SourceOne</u>, 15 Civ. 5440, available at Docket Entry No. 46.

**SO ORDERED.**

                                              Digitally signed by Brian M. Cogan
                                                                                 U.S.D.J.

Dated: Brooklyn, New York
        February 11, 2016

**In re DENTAL SUPPLIES ANTITRUST LITIGATION, 16 Civ. 696**

**Attachment A**

List of Consolidated Cases

| **Plaintiffs** | **Case Number** |
|---|---|
| Comfort Care Family Dental, PC Rossman Endodontics | 16-cv-282 |
| Robert W. Grodner | 16-cv-345 |
| Bauer Dental Arts | 16-cv-355 |
| Robert Corwin | 16-cv-442 |
| Keith Schwartz | 16-cv-443 |
| Stephen M. Grussmark | 16-cv-479 |
| Stanford Dresnin, DDS | 16-cv-497 |
| Howard M. May | 16-cv-548 |
| Bemus Point Dental, LLC | 16-cv-560 |
| Paul Bermudez | 16-cv-570 |
| Kottemann Orthodontics | 16-cv-576 |
| Nagmeh Yadegar d/b/a New Age Dental | 16-cv-591 |
| Evolution Dental Science, LLC | 16-cv-596 |
| Casey Nelson | 16-cv-609 |
| Jim Peck | 16-cv-616 |
| Peter Bence | 16-cv-631 |
| Kanellos & Kotis | 16-cv-657 |
| Indianola Family Dentistry, PLC | 16-cv-658 |
| PJCC Dental PC | 16-cv-662 |
| West LA Dental Health Center | 16-cv-666 |
| Omid Farahmand Dmd, Inc. | 16-cv-661 |
| Mojdeh Shaystehfar | 16-cv-692 |
| Indianola Family Dentistry, P.L.C. | 16-cv-658 |