UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE DENTAL SUPPLIES
ANTIRUST LITIGATION

**<u>CONSENT MOTION FOR SCHEDULING ORDER</u>**

16 Civ. 696 (BMC)

**ALL CASES**

Pursuant to this Court's March 23, 2016 Order for Pre-Motion Conference, Defendants Patterson Companies, Inc., Henry Schein, Inc., and Benco Dental Supply Company (hereinafter "Defendants") and Plaintiffs have conferred regarding an alternative schedule for Defendants' Motions to Dismiss. (*See* Minute Entry and Order, March 23, 2016.)  On March 30, 2016, in response to Plaintiffs' Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection of Premises in a Civil Action, non-party Archer & White produced documents and audio recordings relating to, *inter alia*, the allegations in the Consolidated Class Action Complaint.  In order to accommodate these materials in connection with the Motion to Dismiss schedule, the Parties agree to the following schedule:

(1) Defendants' Motions to Dismiss the Consolidated Class Action Complaint shall be due on May 4, 2016.

(2) Plaintiffs' brief in opposition to Defendants' Motions to Dismiss shall be due on May 25, 2016.

(3) Defendants' reply briefs shall be due on June 6, 2016.

Plaintiffs consent to Defendants' extension request with the following caveat: given that Archer & White produced materials responsive to Plaintiffs' subpoena on March 30, 2016, Plaintiffs' consent is conditioned on Defendants' agreement not to file supplemental briefs in support of a Rule 12 motion relating to any document that has already been produced.

WHEREFORE, the Parties hereby respectfully request that this Court enter the above agreed-upon briefing schedule.

Dated: April 8, 2016

| | |
|---|---|
| */s/ John Radice*_____ | */s/ Colin R. Kass*_____ |
| John Radice | Colin R. Kass |
| Kenneth Pickle | Scott M. Abeles |
| RADICE LAW FIRM, P.C. 3 | Stephen R. Chuk |
| 4 Sunset Blvd | PROSKAUER ROSE, LLP |
| Long Beach, NJ 08008 | 1001 Pennsylvania Ave., NW |
| Tele: (646) 245-8502 | Washington, DC 20004 |
| Fax: (609) 385-0745 | Telephone: 202-416-6800 |
| jradice@radicelawfirm.com | Fax: (202) 416-6899 |
| kpickle@radicelawfirm.com | ckass@proskauer.com |
| | sabeles@proskauer.com |
| *Liaison Class Counsel* | schuk@proskauer.com |
| | |
| | Bradley I. Ruskin |
| | David A. Munkittrick |
| | PROSKAUER ROSE, LLP |
| | Eleven Times Square |
| | New York, NY 10036 |
| | Telephone: 212-969-3226 |
| | Fax: 212-969-2900 |
| | Bruskin@proskauer.com |
| | dmunkittrick@proskauer.com |
| | |
| | *Counsel for Defendant Henry Schein, Inc.* |

| | |
|---|---|
| */s/ Howard D. Scher*<br>Howard D. Scher<br>BUCHANAN INGERSOLL & ROONEY PC<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102-2555<br>(215) 665-3920<br>howard.scher@bipc.com | */s/ Michael B. Miller*<br>Michael B. Miller<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>MBMiller@mofo.com |
| Carrie Amezcua<br>BUCHANAN INGERSOLL & ROONEY PC<br>1700 K Street NW, Suite 300<br>Washington, DC 20006-3807<br>(202) 452-7953<br>carrie.amezcua@bipc.com | James J. Long<br>BRIGGS AND MORGAN, P.A.<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 977-8582<br>Facsimile: (612) 977-8650<br>JLong@briggs.com |
| *Counsel for Defendant Benco Dental Supply Company* | *Counsel for Defendant Patterson Companies, Inc.* |

**APPROVED AND SO ORDERED**  4/8/16

_____
Judge Brian M. Cogan, Eastern District of New York

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 8th of April, 2016, I caused to be electronically filed the foregoing Consent Motion for Scheduling Order with the Clerk of Court through the CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

                                                      */s/ Howard D. Scher*____
                                                      Howard D. Scher