UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
                                                            :

In re DENTAL SUPPLIES ANTITRUST    :  **CASE MANAGEMENT**
    LITIGATION                                          :  **ORDER NO. 3**
                                                             :
                                                             :  16 Civ. 696 (BMC)
                                                             :
                                                             :  **ALL CASES**
                                                             :
---------------------------------------------------------- X

**COGAN**, District Judge.

## I.    DISCOVERY SCHEDULE

The parties have jointly agreed on certain dates with respect to the timing of discovery, those dates are hereby so ordered:

- Deadline for motion to join new parties or amend the pleadings: 9/5/2016

- Deadline for serving interrogatories: 9/5/2016

- Deadline for fact discovery: 5/12/2017

- Expert Reports (Class and Merits)

    o   Plaintiffs' report(s): 6/16/2017

    o   Defendants' report(s): 8/15/2017

    o   Plaintiffs' rebuttal report(s): 10/13/2017

## II.    MOTION SCHEDULE

The parties' dispute over the timing and schedule of class certification, summary judgment, and Daubert motions is resolved as follows:

- Plaintiffs' Initial Class Certification Brief: 11/10/2017

- Defendants' Class Opposition and Daubert Motions/Brief(s): 12/22/2017

- Plaintiffs' Class Daubert Motions/Briefs: 12/22/2017

- Plaintiffs' and Defendants' Opposition to Class Daubert Motions/Briefs: 2/2/2018

- Plaintiffs' Class Reply: 2/9/2018

- Plaintiffs' and Defendants' Replies to Class Daubert Motions/Briefs: 3/5/2018

Summary judgment motions will be due 30 days after the Court decides the class certification motion. Opposition briefs must be filed 30 days thereafter, and reply briefs will be due 21 days after opposition briefs are filed. Any Daubert motions pertaining to the summary judgment motions will be filed on the same dates as the summary judgment briefing.

### III.  SOURCEONE SCHEDULE

The Court is aware that this schedule may require defendants to move for various forms of relief in the consolidated class action separately from the schedule that is already in place in SourceOne. Nothing in this Order alters the SourceOne schedule, and the briefing schedule in this case will not be grounds for altering the SourceOne schedule in the future.

**SO ORDERED.**

                                                                                                            _____
                                                                                                            U.S.D.J.

Dated: Brooklyn, New York
            July 14, 2016