IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DENTAL SUPPLIES ANTITRUST LITIGATION | Civil Action No. 16-cv-696 (BMC)(GRB)<br><br>**ALL CASES** |

**STIPULATION**

WHEREAS, the Individual Practices of this Court provide (Section III-B-1): "Unless prior permission has been granted, memoranda of law in support of or in opposition to motions are limited to 25 pages, double spaced, and reply memoranda are limited to 10 pages, double spaced;" and

WHEREAS, the Class Plaintiffs and Defendants have agreed that, in order for both sides to be able to express their arguments for and against class certification, longer memoranda would be desirable.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Class Plaintiffs' memorandum in support of their Motion for Class Certification, which is due on February 22, 2018, will have a limit of thirty-five (35) pages.

1

2. Defendants' Joint Responsive Brief, which is due on April 5, 2018, will have a limit of forty-five (45) pages.

3. Class Plaintiffs' reply relating to Class Certification, which is due on May 24, 2018, will have a limit of thirty (30) pages.

4. This stipulation does not alter any other deadlines or page limits in this action or any related actions.

| | |
|---|---|
| Dated:  December 23, 2017 | Dated:  December 23, 2017 |
| /s/ Colin R. Kass | /s/ James J. Long |
| Colin R. Kass<br>Scott M. Abeles<br>Stephen R. Chuk<br>PROSKAUER ROSE, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC  20004<br>Telephone:  (202) 416-6800<br>Fax:  (202) 416-6899<br>ckass@proskauer.com<br>sabeles@proskauer.com<br>schuk@proskauer.com | James J. Long<br>Jay W. Schlosser<br>Scott M. Flaherty<br>BRIGGS AND MORGAN, P.A.<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Telephone:  (612) 977-8400<br>Fax:  (612) 977-8650<br>jlong@briggs.com<br>jschlosser@briggs.com<br>sflaherty@briggs.com |
| Bradley I. Ruskin<br>David A. Munkittrick<br>PROSKAUER ROSE, LLP<br>Eleven Times Square<br>New York, NY  10036<br>Telephone:  (212) 969-3226<br>Fax:  (212) 969-2900<br>bruskin@proskauer.com<br>dmunkittrick@proskauer.com | Michael B. Miller<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>Telephone:  (212) 468-8000<br>Fax:  (212) 468-7900<br>mbmiller@mofo.com |
| *Counsel for Defendant*<br>*Henry Schein, Inc.* | *Counsel for Defendant*<br>*Patterson Companies, Inc.* |

Dated: December 23, 2017

*/s/ John D. Radice*

_____
John D. Radice
Daniel Rubenstein
RADICE LAW FIRM, PC
34 Sunset Blvd
Long Beach, NJ 08008
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com

*Interim Liaison Counsel for Direct Purchaser Class Plaintiffs*

Dated: December 23, 2017

*/s/ Howard D. Scher*

_____
Howard D. Scher
Thomas P. Manning
Samantha L. Southall
Kenneth L. Racowski
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone: (215) 665-3826
Fax: (215) 665-8760
howard.scher@bipc.com
thomas.manning@bipc.com
samantha.southall@bipc.com
kenneth.racowski@bipc.com

*Counsel for Defendant Benco Dental Supply Company*

**APPROVED AND SO ORDERED.**

Dated: December _____, 2017


_____
Judge Brian M. Cogan, Eastern District of New York

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of December, 2017, I caused to be electronically filed the foregoing Stipulation with the Clerk of Court through the CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

*/s/ John D. Radice*
_____
John D. Radice