

ERIC L. CRAMER / MANAGING SHAREHOLDER
p. 215.875.3009  m. 215.327.9583 | ecramer@bm.net

September 28, 2018

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:  *In re Dental Supplies Antitrust Litigation*, No. 16-cv-696 (E.D.N.Y.) (ALL CASES)

Dear Judge Cogan:

    I am one of the Co-Lead Counsel for Plaintiffs and the proposed Class in the above-referenced case. I am pleased to report that today Plaintiffs and Defendants Henry Schein, Patterson, and Benco have executed a binding Settlement Agreement that proposes a full and final settlement of the above-referenced Action on a classwide basis. Plaintiffs plan to present the Settlement Agreement to the Court along with a Motion for Preliminary Approval of the Settlement (including, *inter alia*, proposed forms of class notice) and for Certification of the Class for Purposes of Settlement within forty-five days of today. Should the Court desire to review the Settlement Agreement in advance of that filing, we would be happy to provide it to your Honor.

                  Respectfully submitted,

                  Eric L. Cramer

cc: All counsel of record (via ECF)

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM