## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DENTAL SUPPLIES ANTITRUST LITIGATION | No. 1:16-CV-00696-BMC-GRB<br><br>ALL CASES |

### PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, FOR CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, FOR APPOINTMENT OF CLASS COUNSEL, AND TO ISSUE <u>APPROPRIATE NOTICE TO THE CLASS</u>

**PLEASE TAKE NOTICE THAT**, upon the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Class for Settlement Purposes, for Appointment of Class Counsel, and to Issue Appropriate Notice to the Class; the Declaration of Eric L. Cramer in support; and all other papers and proceedings herein, Class Plaintiffs hereby move the Court to enter an order: (1) granting preliminary approval of the proposed Settlement Agreement with Defendants Henry Schein, Inc., Patterson Companies, Inc., and Benco Dental Supply Company (the "Settlement"); (2) certifying the proposed Settlement Class in light of settlement; and (3) appointing Berger Montague PC, Cohen Milstein Sellers & Toll PLLC, Hausfeld LLP, and Susman Godfrey LLP as Class Counsel for the Settlement Class; (4) appointing Plaintiffs as class representatives of the Settlement Class; (5) appointing Heffler Claims Group as the Settlement Administrator; (6) appointing Huntington National Bank as the Escrow Agent; (7) approving the method of notice to be provided to the Settlement Class and directing the Settlement Administrator to provide notice to members of the Settlement Class; (8) preliminarily approving Plaintiffs' proposed methods of allocating the Net Settlement Fund to the Settlement Class; (9) staying all proceedings in the Action until further order of the Court,

except as may be necessary to implement the Settlement or comply with the terms thereof; and

(10) ordering the schedule set forth in the Proposed Order for all further Settlement proceedings.

Dated: November 12, 2018

                                           */s/ Eric L. Cramer*
Eric L. Cramer
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tele: (215) 875-3000
Fax: (215) 875-4604
Email: ecramer@bm.net

*Co-Lead Class Counsel*