# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: DENTAL SUPPLIES ANTITRUST LITIGATION<br><br>This Document Relates To: All Cases | Case No. 1:16-CV-00696-BMC-GRB |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 1.4, Defendant Henry Schein, Inc. respectfully moves this Court to allow Adrian Fontecilla to withdraw his appearance as attorney of record for Schein in the above-captioned matter. The other counsel of record from Proskauer Rose LLP, Locke Lord LLP, and Kirkland & Ellis LLP will continue to represent Schein in this action.

Dated: January 14, 2019

Respectfully submitted,

/s/ Adrian Fontecilla
Colin R. Kass
Adrian Fontecilla
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Fax: (202) 416-6899
ckass@proskauer.com
afontecilla@proskauer.com
schuk@proskauer.com

Bradley I. Ruskin
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000

Fax: (212) 969-2900
bruskin@proskauer.com

Richard C. Godfrey, P.C.
Barack S. Echols, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rgodfrey@kirkland.com
bechols@kirkland.com

John P. McDonald
LOCKE LORD LLP
2200 Ross Ave
Suite 2800
Dallas TX 75201
Telephone: (214) 740-8758
Facsimile: (214) 756-8758
jpmcdonald@lockelord.com

Lauren Fincher
LOCKE LORD LLP
600 Congress Ave
Suite 2200 0
Austin, TX 78701
Telephone: (512) 305-4843
Facsimile: (512) 305-4800
lfincher@lockelord.com

**ATTORNEYS FOR DEFENDANT HENRY SCHEIN, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record registered for electronic filing.

                                    *s/ Adrian Fontecilla*
                                      Adrian Fontecilla