# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DENTAL SUPPLIES ANTITRUST LITIGATION | No. 1:16-CV-00696-BMC-GRB<br><br>ALL CASES |

## PLAINTIFFS' NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF SERVICE AWARDS TO THE CLASS REPRESENTATIVES

**PLEASE TAKE NOTICE THAT**, upon the Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Service Awards to the Class Representatives; the Declaration of Eric L. Cramer, Esq. in support; and all other papers and proceedings herein, Class Plaintiffs hereby move the Court to enter an order: (1) awarding attorneys' fees in the amount of one-third of the $80 million Settlement Fund plus interest accrued in escrow ($26.67 million plus interest); (2) approving reimbursement of reasonably incurred expenses as they appear on the books and records of the firms acting as Class Counsel in this litigation in the amount of $4,395,366.43; (3) approving an allocation of up to $200,000 from the Settlement Fund to pay for anticipated future expert work related to claims administration; (4) granting service awards of $50,000 for each of the seven Class Representatives; and (5) authorizing Co-Lead Class Counsel to appropriately allocate the fee award.

Dated: March 22, 2019

Respectfully submitted,

*/s/ Eric L. Cramer*
Eric L. Cramer
Joshua T. Ripley
BERGER MONTAGUE PC

1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tele: (215) 875-3000
Fax: (215) 875-4604
Email: ecramer@bm.net
Email: jripley@bm.net

*Co-Lead Class Counsel*

Brent W. Landau
Gary I. Smith, Jr.
Hausfeld LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tele: (215) 985-3270
Fax:  (215) 985-3271
Email: blandau@hausfeld.com
Email: gsmith@hausfeld.com

*Co-Lead Class Counsel*

Jonathan Jeffrey Ross
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX 77002
Tele: 713-651-9366
Fax: 713-654-6666
Email: jross@susmangodfrey.com

William Christopher Carmody
Susman Godfrey LLP
560 Lexington Avenue, 15th Fl.
New York, NY 10022
Tele: (212) 336-8330
Fax: (212) 336-8340
Email: bcarmody@susmangodfrey.com

*Co-Lead Class Counsel*

Richard A. Koffman
Jessica Weiner
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW, Suite 500
Washington, DC 20005
Tele: (202) 408-4600
Fax: (202) 408-4699

Email: rkoffman@cohenmilstein.com
Email: jweiner@cohenmilstein.com

*Co-Lead Class Counsel*

John Radice
Daniel Rubenstein
Kenneth Pickle
Radice Law Firm, P.C.
475 Wall Street
Princeton, NJ 08540
Tele: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com
Email: drubenstein@radicelawfirm.com
Email: kpickle@radicelawfirm.com

*Liaison Class Counsel*