IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DENTAL SUPPLIES ANTITRUST LITIGATION, | ) ) ) Case No. 16-CV-00696 ) ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kearney Dee Hutsler makes his appearance as attorney for Objector, Dr. William Roe. Attorney Hutsler has registered with the Court's ECF and has paid the $150.00 filing fee. Objector Roe's objection was mailed first class U. S. Mail and served on opposing counsel as required by the Court's notice/ order.

Date: May 23, 2019

Respectfully submitted,

BY:   /s/ *Kearney Dee Hutsler*
Kearney Dee Hutsler
ASB -0254-H59K
Attorney for Objector

Of Counsel:
HUTSLER LAW FIRM
15 Richard Arrington Blvd. N.
Suite 320
Birmingham, AL 35203
Phone: (205) 414-9979
email: kdhlaw@hutslerlawfirm.com

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the above and foregoing on all counsel of record by having electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic

document filing system which sends notification of such filing to all attorneys of record.

**CLASS COUNSEL**

Eric L. Cramer

Berger Montague PC

1818 Market Street

Suite 3600

Philadelphia, PA 19103

DEFENDANT HENRY SCHEIN, INC. COUNSEL

Colin R. Kass

Adrian Fontecilla

Stephen R. Chuk

PROSKAUER ROSE LLP

1001 Pennsylvania Ave., NW

Suite 600S

Washington, DC 20004

DEFENDANT PATTERSON COMPANIES INC. COUNSEL

James J. Long

BRIGGS AND MORGAN, P.A.

2200 IDS Center

80 South Eighth Street

Minneapolis, MN 55402

DEFENDANT BENCO DENTAL SUPPLY CO. COUNSEL

Howard D. Scher

Samantha L. Southall

BUCHANAN INGERSOLL & ROONEY PC

Two Liberty Place

50th S. 16th Street, Suite 3200

Philadelphia, PA 19102-2555

                                                    /s/ Kearney Dee Hutsler
                                                    Kearney Dee Hutsler