**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DENTAL SUPPLIES ANTITRUST LITIGATION | Civil Action No.: 1:16-CV-00696-BMC-GRB<br><br>ALL CASES<br><br>Honorable Brian M. Cogan |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR**
**FINAL APPROVAL OF CLASS SETTLEMENT**

1

PLEASE TAKE NOTICE THAT, upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Settlement and Certification of Class for Settlement Purposes; the Declaration of Jeanne C. Finegan, APR in Support of Final Approval of the Notice Program; and all other papers and proceedings herein referenced, Plaintiffs hereby move the Court to enter an order: (1) granting final approval of the proposed Settlement Agreement with Defendants Henry Schein, Inc., Patterson Companies, Inc., and Benco Dental Supply Company (the "Settlement"); (2) certifying the proposed Settlement Class in light of the settlement; (3) granting final approval to the plan of allocation; (4) granting final approval to the class notice; (5) entering final judgment and an order of dismissal with prejudice and without costs; and (6) for such other and further relief as the Court deems appropriate.

Dated:        May 24, 2019              Respectfully submitted,

                                        /s/ Gary I. Smith, Jr.

                                        Brent W. Landau
                                        Gary I. Smith, Jr.
                                        HAUSFELD LLP
                                        325 Chestnut St., Suite 900
                                        Philadelphia, PA 19106
                                        Tele: (215) 985-3270
                                        Fax: (215) 985-3271
                                        Email: blandau@hausfeld.com
                                        Email: gsmith@hausfeld.com

                                        Scott A. Martin
                                        HAUSFELD LLP
                                        33 Whitehall Street, 14th Floor
                                        New York, NY 10004
                                        Tele: (646) 357-1100
                                        Fax:  (212) 202-4322
                                        Email: smartin@hausfeld.com

                                        Melinda R. Coolidge
                                        HAUSFELD LLP
                                        1700 K Street, NW
                                        Washington, DC 20006

Tele: (202)-540-7200
Fax: (202)-540-7201
Email: mcoolidge@hausfeld.com

*Co-Lead Class Counsel*

| | |
|---|---|
| John Radice<br>Daniel Rubenstein<br>RADICE LAW FIRM, P.C.<br>475 Wall Street<br>Princeton, NJ 08540<br>Tele: (646) 245-8502<br>Fax: (609) 385-0745<br>jradice@radicelawfirm.com<br>drubenstein@radicelawfirm.com<br><br>*Liaison Class Counsel* | Eric L. Cramer<br>Patrick Madden<br>Joshua Ripley<br>BERGER & MONTAGUE, P.C.<br>1818 Market St., 36th Floor<br>Philadelphia, PA 19103<br>Tele: (215) 875-3000<br>Fax: (215) 875-4604<br>Email: ecramer@bm.net<br>Email: pmadden@bm.net<br>Email: jripley@bm.net<br><br>*Co-Lead Class Counsel* |
| William Christopher Carmody<br>Shawn J. Rabin<br>Arun Subramanian<br>SUSMAN GODFREY L.L.P<br>1302 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tele: (212) 336-8330<br>Fax: (212) 336-8340<br>Email: bcarmody@susmangodfrey.com<br>Email: srabin@susmangodfrey.com<br>Email: asubramanian@susmangodfrey.com<br><br>Jonathan Jeffrey Ross<br>SUSMAN GODFREY LLP<br>1000 Louisiana<br>Suite 5100<br>Houston, TX 77002<br>713-651-9366<br>Fax: 713-654-6666<br>Email: jross@susmangodfrey.com<br><br>*Co-Lead Class Counsel* | Richard A. Koffman<br>Jessica Weiner<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave., NW, Suite 500<br>Washington, DC 20005<br>Tele: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: rkoffman@cohenmilstein.com<br>Email: jweiner@cohenmilstein.com |

## CERTIFICATE OF SERVICE

      I herby certify that on May 24, 2019, I caused the forgoing motion to be electronically filed, along with (a) the accompanying memorandum of law in support, (b) a proposed order granting the motion and (c) the Declaration of Declaration of Jeanne C. Finegan, APR in Support of Final Approval of the Notice Program with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

                                        */s/ Gary I. Smith, Jr.*
                                        Gary I. Smith, Jr.
                                        *Co-Lead Class Counsel*