IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DENTAL SUPPLIES ANTITRUST LITIGATION, | ) ) ) Case No. 16-CV-00696 ) ) |

**OBJECTOR'S UNOPPOSED MOTION FOR ATTORNEY FEES**

COMES NOW Dr. William Roe [hereinafter "Dr. Roe" or "Objector"], by and through Counsel and pursuant to Rule 23(h) FRCP requests the Court to award an attorneys fee for work, efforts and results obtained in the above-styled case and in support thereof states as follows:

I. INTRODUCTION

Notice of the subject class action's proposed settlement agreement was sent to class members in the Spring of 2019. The Notice informed class members that they had the right to object to the proposed settlement.

Objector, Dr. Roe, hired counsel to represent him in April 2019. After consultation between client and counsel and closely reviewing the terms of the settlement, your Objector filed his objection by the deadline imposed by this Court. (ECF No. 334) Counsel for Objector then took all steps to be admitted to the United States District Court for the Eastern District of New York. After further examination and significant research, Objector further filed a supplemental objection in June 2019. (ECF No. 337)

The Court set the hearing for Final Approval on June 14, 2019. Objector's Counsel was in the airport on June 13 when he was notified that the hearing would be continued. The hearing was subsequently reset for June 24, 2019 at 4:30pm. Objector's Counsel immediately rearranged his schedule and made travel plans for the new hearing date.

Objector's Counsel attended the hearing's second setting arguing that the attorney fees requested by counsel on such a mega fund case were excessive. The Court approved the propose settlement and overruled Objector's objection. (ECF No. 341) Counsel returned the next day to Alabama.

Objector filed a timely notice of appeal to the United States Court of Appeals for the Second Circuit. (ECF No. 342) Counsel took all steps to perfect the appeal and gain admission to the Second Circuit. Counsel has conducted significant additional research further bolstering Dr. Roe's objection.

Meanwhile, Objector and his counsel prepared for and participated in a 3 hour mediation with the Second Circuit by telephone on September 20, 2019. Some progress was made in that mediation. Subsequently, the parties communicated directly with each other and moved closer to a settlement of Objector's appeal. Numerous phone calls and emails were made between August 20 and October 1, 2019. The parties finally reached the instant settlement presently before the Court on October 4, 2019.

II. ARGUMENT

The settlement between the parties calls for Class Counsel to make a donation, from their fees, to the American Dental Association of $100,000.00. This donation will provide a benefit to the class

members by enhancing the association that serves them. This donation will come strictly from class counsel's fees and will not affect the current benefits due the class members from the class settlement. In other words, this donation is an enhancement to the settlement approved by the Court. "[I]t is well settled that objectors have a valuable and important role to perform in preventing collusive or otherwise unfavorable settlements, and that... they are entitled to an allowance as compensation for attorneys' fees and expenses where a proper showing has been made that the settlement was improved as a result of their efforts." *White v. Auerbach*, 500 F.2d 822, 828 (2d Cir. 1974).

Further, Objector moves this Court to approve an award of fees and costs to Objector Counsel of $45,000.00. The fees hereby requested for Objector's counsel will come from class counsel's fees and will not affect the benefits due the class members. Class Counsel has agreed not to object to this motion. The only interested parties to this motion are Class Counsel and Objector and his Counsel. Thus, electronic notice of this motion by the court is sufficient under Rule 23(h)(1) FRCP.

In addition to the foregoing benefit, Counsel for Objector will participate, along with class counsel, in review of the proposed distribution of benefits to class members before it is presented to this Court for approval. This future work will involve the review of claims made by thousands of class members.

From the initial notice of the proposed settlement to the present, Counsel for Objector has expended 108.3 hours prosecuting this objection on a contingent fee basis resulting in a loadstar justifying the fee sought. (See Declaration of Hutsler, attached) Additional hours will be expended in review of the proposed distribution of benefits to class members. In addition, Counsel for Objector has

incurred expenses of $3,586.54. The sought fee of $45,000.00 (for objector counsel's fees and expenses) would provide fair compensation for the work provided and the results obtained. Counsel for Objector has maintained contemporaneous time records of time spent representing Objector in this matter.

In sum, Objector's settlement not only enhances the class settlement but does so in a timely manner that allows the class to receive benefits as soon as practicable. In addition, Counsel for Objector will be involved in the review process for distributing settlement proceeds to class members in the near future.

WHEREFORE, Objector's Counsel prays this Court will approve an attorney's fee and cost award of $45,000.00.

Date: October 7, 2019

                                                            Respectfully submitted,

                                        BY:    /s/ *Kearney Dee Hutsler*
                                                         Kearney Dee Hutsler
                                                         Attorney for Objector

Of Counsel:
HUTSLER LAW FIRM
15 Richard Arrington Blvd. N.
Suite 320
Birmingham, AL 35203
Phone: (205) 414-9979
email: kdhlaw@hutslerlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

      I certify that I have served a copy of the above and foregoing on all counsel of record by having electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic document filing system which sends notification of such filing to all attorneys of record.

**CLASS COUNSEL**

Eric L. Cramer
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103

Richard A. Koffman
Jessica B. Weiner
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, DC 20005
Tele: (202) 408-4600
Fax: (202) 408-4699
Email: rkoffman@cohenmilstein.com
Email: jweiner@cohenmilstein.com

Christopher J. Cormier
COHEN MILSTEIN SELLERS & TOLL PLLC
5290 Denver Tech Center Parkway, Suite 150
Greenwood Village, CO 80111
Tele: (720) 583-0650
Email: ccormier@cohenmilstein.com

Brent W. Landau
Gary I. Smith, Jr.
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Tele: (215) 985-3270
Fax: (215) 985-3271
Email: blandau@hausfeld.com
Email: gsmith@hausfeld.com

Scott A. Martin
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tele: (646) 357-1100
Fax: (212) 202-4322
Email: smartin@hausfeld.com

Melinda R. Coolidge
HAUSFELD LLP
1700 K Street, NW
Washington, DC 20006
Tele: (202)-540-7200
Fax: (202)-540-7201
Email: mcoolidge@hausfeld.com

Jonathan Jeffrey Ross
SUSMAN GODFREY LLP
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tele: 713-651-9366
Fax: 713-654-6666
Email: jross@susmangodfrey.com

William Christopher Carmody
Shawn J. Rabin
Arun Subramanian
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tele: (212) 336-8330
Fax: (212) 336-8340
Email: bcarmody@susmangodfrey.com
Email: srabin@susmangodfrey.com
Email: asubramanian@susmangodfrey.com

| | |
|---|---|
| Ian M. Gore<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>Tele: (206) 516-3880<br>Fax: (206) 516-3883<br>Email: igore@susmangodfrey.com | /s/ Kearney Dee Hutsler<br><br>Kearney Dee Hutsler |

DEFENDANT HENRY SCHEIN, INC.
COUNSEL
Colin R. Kass
Adrian Fontecilla
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600S
Washington, DC 20004

DEFENDANT PATTERSON COMPANIES
INC. COUNSEL
James J. Long
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

DEFENDANT BENCO DENTAL SUPPLY
CO. COUNSEL
Howard D. Scher
Samantha L. Southall
BUCHANAN INGERSOLL & ROONEY
PC
Two Liberty Place
50th S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DENTAL SUPPLIES ANTITRUST LITIGATION, | ) ) ) Case No. 16-CV-00696 ) ) |

**DECLARATION OF KEARNEY DEE HUTSLER**

Comes now the Declarant, Kearney Dee Hutsler and states as follows:

My name is Kearney Dee Hutsler and I am an attorney licensed to practice law in the State of Alabama. I am also admitted pro hac vice in the instant case. I represent Dr. William Roe ("Objector") in this case. I am over the age of 21 years and am competent to testify to the facts and opinions stated herein. I am giving this declaration in support of Objector's Counsel's request for award of attorney fees.

I have been admitted to the Alabama State Bar for 35 years and have never been reprimanded or punished by any Bar association. I am admitted in all the United States District Courts in Alabama and the 11th Circuit Court of Appeals.

I began working on this case in April 2019 and have worked on a contingent basis. A summary of the legal work required to prosecute this case is set forth in Objector's Unopposed Motion for Attorney Fees. In connection with representing Objector in the action I did the following: initial case investigation, drafting and filing of the underlying class action objection, significant document review and legal research, attending the fairness hearing (scheduled twice) and arguing our objection, filing a timely notice of appeal, perfecting the appeal and obtaining admission to the 2nd Circuit, and negotiating a benefit for the class. My lodestar amount is **108.3 hours** and reflects work performed for the benefit of the class.

My firm has expended a total of **$3,586.54** in unreimbursed costs and expenses in connection

with the prosecution of the Action from receipt of the Notice of Class Settlement in the case through and including October 7, 2019. These costs are reflected on the books and records of my firm. They were incurred on behalf of Objector by me and have not been reimbursed.

My hourly rate is $400.00 per hour and is reasonable for an attorney with my experience and working on national class action litigation. Thus, my loadstar is $43,320.00 plus expenses of $3,586.54.

| | | |
|---|---|---|
| Filing Fee- Appeal | | $505.00 |
| Court costs: admissions: district/circuit | | $371.00 |
| Postage; Express Delivery | | $58.25 |
| Commercial copies | | $99.20 |
| Travel: air, ground, hotel, park, food | | $2,553.09 |
| TOTAL | | $3,586.54 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 7th day of October, 2019, in Birmingham, Alabama.

                                                                /s/ *Kearney Dee Hutsler*
                                                                Kearney Dee Hutsler