# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DENTAL SUPPLIES ANTITRUST LITIGATION | ) ) ) ) ) ) Civil Action No. 16 Civ. 696 (BMC) ) ) ) ALL CASES ) ) **MOTION TO WITHDRAW AS** ) **COUNSEL** ) ) ) |

PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the annexed declaration, Thomas P. Manning, one attorney for Benco Dental Supply Company ("Benco") in the above-captioned action, hereby moves for leave to withdraw as counsel. Benco will continue to be represented by Buchanan Ingersoll & Rooney PC, including by Howard D. Scher, Carrie G. Amezcua, Samantha L. Southall, and Kenneth L. Racowski, all of whom have entered notices of appearance in this case.

Dated:  April 16, 2020

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Thomas P. Manning
Thomas P. Manning
*Admitted Pro Hac Vice*
Two Liberty Place, Suite 3200
50 South 16th Street
Philadelphia, Pennsylvania  19102
(215) 665-8700
Thomas.manning@bipc.com

*Counsel for Defendant Benco Dental Supply Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re DENTAL SUPPLIES ANTITRUST LITIGATION | ) ) ) ) ) ) ) Civil Action No. 16 Civ. 696 (BMC) ) ) ) ) ALL CASES ) ) ) ) ) ) ) |

## DECLARATION OF THOMAS P. MANNING

Pursuant to 28 U.S.C. § 1746, Thomas P. Manning, an attorney admitted in this matter *Pro Hac Vice*, declares under penalty of perjury that the following is true and correct:

1. I am associated with the firm Buchanan Ingersoll & Rooney PC and am one of the attorneys representing Benco Dental Supply Company ("Benco") in the above-captioned action. I submit this Declaration in support of my motion to withdraw as counsel for Benco.

2. On April 17, 2017, I will end my employment with Buchanan Ingersoll & Rooney PC.

3. Benco will continue to be represented by Howard D. Scher, Carrie G. Amezcua, Samantha L. Southall and Kenneth L. Racowksi of Buchanan Ingersoll & Rooney PC.

4. My withdrawal will not interfere with or require the extension of any deadlines set by the Court.

5. The foregoing is true and correct to the best of my knowledge.

Dated: April 16, 2020  /s/ Thomas P. Manning
Thomas P. Manning

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

                                                  */s/ Thomas P. Manning*  
                                                Thomas P. Manning